IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     *
    *
vs.     *     No. 4:08CR00314-002 SWW
    *
REVERIANO MADRIGAL     *
    *
    *

ORDER

Before the Court is the government's motion to exclude defendant's eyewitness identification expert testimony to which defendant responded.

"Expert testimony is admissible only if the expert 'is proposing to testify to (1) scientific knowledge that (2) will assist the trier of fact to understand or determine a fact in issue.'" *United States v. Martin*, 391 F.3d 949, 954 (8th Cir. 2004)(quoting *Daubert v. Merrell Dow Pharm., Inc.,* 509 U.S. 579, 592 (1993).  In *Martin*, the district court excluded eyewitness expert testimony, noting that the eyewitness identifications at issue were corroborated by other evidence.  Because the Court does not know what the government's other evidence against the defendant will be, the motion [docket entry 111] to exclude is denied at this time.  *See United States v. Davis,* 260 F.3d 965, 970 (8th Cir. 2001)(court reluctant to find abuse of discretion "unless the government's case against the defendant rested exclusively on uncorroborated eyewitness testimony").  Upon motion, the Court will schedule a hearing to re-consider the motion.

DATED this 24th day of March, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE