**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


UNITED STATES OF AMERICA

vs.                                        NO. 4:08CR00314-002 SWW

REVERIANO MADRIGAL


**ORDER**


On the 12th day of October 2010, the above entitled cause came on for trial to a jury, the Honorable Susan Webber Wright, United States District Judge, presiding.

At the conclusion of the evidence presented by the parties on October 15, 2010, the jury began its deliberations.  On October 18, 2010, the jury announced to the Court and to the parties, that they were able to reach a Verdict as to defendant Jesus Murillo, but that they were deadlocked and unable to reach a Verdict as to defendant Reveriano Madrigal.

IT IS THEREFORE ORDERED AND ADJUDGED that a mistrial should be, and hereby is, declared in this cause as to defendant Reveriano Madrigal and the jury is discharged from further consideration.

IT IS FURTHER ORDERED that the case, if it is to be re-tried, will be scheduled for trial on ***MONDAY, OCTOBER 25, 2010 AT 9:30 A.M.***

IT IS SO ORDERED this 20th day of October 2010.


                              /s/Susan Webber Wright
                              United States District Judge