# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                              NO. 4:08CR00314-002 SWW

REVERIANO MADRIGAL

### ORDER

Pending before the Court is government's motion to dismiss indictment against defendant, Reveriano Madrigal, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED that the government's motion to dismiss indictment against the above-named defendant be **GRANTED**, and the indictment pending against defendant Reveriano Madrigal is ***dismissed without prejudice***.

DATED this 1st day of June 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE